KEVIN E. GAUT (SBN 117352)
  keg@msk.com
EMMA LUEVANO (SBN 198421)
  eyl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Anheuser-Busch Inbev Worldwide Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HILL, an individual; and JOE CORREA, an individual; on behalf of themselves and all other similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>ANHEUSER-BUSCH INBEV WORLDWIDE INC., a Delaware corporation,<br><br>            Defendant. | CASE NO. 2:14-cv-06289<br><br>The Hon. Philip S. Gutierrez<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 23(E) AND 41(A)** |

## STIPULATION

This Stipulation is made between and among all the parties to this action with reference to the following facts.

1. This is a putative wage and hour class action already ordered to arbitration by the Court and otherwise stayed. *See* ECF No. 17 dated November 26, 2014.

2. The parties have agreed to a conditional class settlement, subject to appropriate notice to the class and the required approval hearings. The parties have also agreed that all aspects of such class settlement shall be approved and supervised by the arbitrator. Among other things, the arbitrator will address, approve, supervise, and rule upon all notices to the class, any objections, and all other class action settlement procedures.

3. To the extent that the arbitrator finally approves the class settlement, the parties have agreed, because of the predominance of state claims, to confirm any such final approval through an appropriate California Superior Court.

4. So that the parties may pursue the agreed procedures for obtaining approval of the class settlement, the parties wish to dismiss this action without prejudice.

5. Because this stipulated dismissal is without prejudice solely for purposes of obtaining appropriate approval of a class settlement, this dismissal shall not bind or affect the rights of any putative class members.

//

//

//

In light of the above facts, the parties stipulate, through their undersigned designated counsel of record, that the above-captioned action be and hereby is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a) and 23(c).

SO STIPULATED.

Dated:  December 7, 2016      LAW OFFICES OF MICHAEL TRACY

By:   /s/Michael L. Tracy
      Michael L. Tracy
      Attorneys for Plaintiffs Charles Hill and Joe Correa

Dated:  December 7, 2016      MITCHELL SILBERBERG & KNUPP LLP

By:   /s/Kevin E. Gaut
      Kevin E. Gaut
      Attorneys for Defendant Anheuser-Busch InBev Worldwide Inc.

### Attestation Regarding Signatures

I, Kevin E. Gaut, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  December 7, 2016      By: /s/Kevin E. Gaut
                                  Kevin E. Gaut