KEVIN E. GAUT (SBN 117352)
  keg@msk.com
EMMA LUEVANO (SBN 198421)
  eyl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

E-FILED 12/9/16

Attorneys for Anheuser-Busch Inbev Worldwide Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HILL, an individual; and JOE CORREA, an individual; on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANHEUSER-BUSCH INBEV WORLDWIDE INC., a Delaware corporation,<br><br>    Defendant. | CASE NO. 2:14-cv-06289-PSG<br><br>The Hon. Philip S. Gutierrez<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 23(E) AND 41(A)** |

1 **ORDER**

2  In view of the Parties' Stipulation of Voluntary Dismissal, this action is
3 hereby dismissed without prejudice in its entirety pursuant to Federal Rules of
4 Civil Procedure Rules 41(a) and 23(e).

5  SO ORDERED.

6
7
8 Dated: __12/9/16__          PHILIP S. GUTIERREZ
9                              The Honorable Philip S. Gutierrez
                                U.S. District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28